■ WACKENHUT CORPORATION v CITY OF NEW YORK et al. — Motion for leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Murphy, P. J., Sullivan, Bloom, Fein and Milonas, JJ.

■ In the Matter of CYNTHIA SIWULEC, an Attorney. — Petition granted only to the extent of finding that respondent has been convicted of a serious crime within the meaning of section 90 (subd 4, par d) of the Judiciary Law, referring the matter for a hearing pursuant to section 90 (subd 4, par h) of the Judiciary Law and suspending respondent from practice as an attorney and counselor at law in the State of New York, effective August 29, 1984, until determination of the petition and the further order of this court. Concur — Kupferman, J. P., Sullivan, Ross, Bloom and Alexander, JJ.